FILED

09/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0487

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0487

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.                                      O R D E R

RAYMOND VANDENBOS,

      Defendant and Appellant.

_____

Counsel for Appellant has filed a 60-day motion for an extension of time to file the reply brief in the referenced matter.

IT IS ORDERED that the motion for extension is DENIED. Appellant has until October 5, 2020, within which to file the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 4 2020